## Knight et ux. *v.* Calvary Community Church, Appellant.

Argued December 8, 1975. *William H. Bradbury, III,* with him *William Bradley Brooks,* and *Wright, Manning & Sagendorph,* for appellant; *Albert Der Movsesian,* with him *Semisch and Der Movsesian,* for appellees.

Order affirmed.

## Kowatch, Appellant, *v.* Atlantic Richfield Company.

Argued December 15, 1975. *Martin J. Resnick,* with him *Norman P. Zarwin, Martin H. Phillip, Richard D. Director,* and *Zarwin, Baum, Arangio & Somerson,* for appellant; *Richard E. LaFarge,* with him *John P. Lavelle,* and *Shutack & Lavelle,* for appellee.

Order affirmed.